# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Jose Mario Romero Santuario, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | Case Number: Case Number |
| Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, Peter Berg, Eric Tollefson, | |
| Respondents, | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Jose Mario Romero Santuario's Verified Petition for Writ of Habeas Corpus [Docket No. 1] is GRANTED, as follows:

   a. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

   b. Respondents shall provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a) within 7 days of the date of this Order, in which the parties will be allowed to present evidence and argument about whether Petitioner is a danger to the community and presents a flight risk if not detained;

   c. If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) as required herein, Petitioner must be immediately released from detention; and

   d. Within three days of the date of this Order, the parties shall provide the Court with a

status update as to the results of the hearing referenced in the Declaration of John D. Ligon [Docket No. 11], which stated in paragraph 8 that Petitioner has a hearing in St. Paul scheduled for December 3, 2025.

e. Within ten days of the date of this Order, the parties shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Petitioner's release. Further, the parties shall advise the Court whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

2. Respondents are ENJOINED from removing, transferring, or otherwise facilitating the removal of Petitioner from the District of Minnesota before the ordered bond hearing. If the immigration judge determines that the Petitioner is subject to the detention under 8 U.S.C. § 1226(a), Respondents may request permission from the Court to move Petitioner if unforeseen or emergency circumstances arise, which require Petitioner to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Petitioner.

3. Petitioner's Motion for Temporary Restraining Order [Docket No. 4] is DENIED as moot.

4. Within 3 days of the date of this Order, the parties shall file any requests for redaction.

Date: 12/4/2025                                                                                   KATE M. FOGARTY, CLERK